

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Forrester Hancock
Criminal District Attorney
Waxahachie, Texas

Dear Sir:                    Opinion No. O-3018
                             Re: Salary of county auditor.

        Your request for opinion has been received and care-
fully considered by this department. We quote from your re-
quest as follows:

        "Does an Auditor in a county of forty-seven
    thousand population and with a valuation of
    twenty-seven and one-half million, ascertain and
    derive his salary under Art. 1645 d-1 or Art.
    1645 e-1, R.C.S., 1925?

        "I am of the opinion that the last mentioned
    statute is applicable to the local situation and
    that in such cases Art. 1645 d-1 is controlling
    over the facts I have stated.

        "Will you kindly render me an opinion over
    the facts I have quoted."

        Article 1645d-1, Vernon's Annotated Texas Civil Sta-
tutes, cited by you, was held unconstitutional as a local and
special law attempting to regulate the affairs of counties, by
Opinion No. O-2973 of this department. Certain provisions of
Article 1645e-1, Vernon's Annotated Texas Civil Statutes, were
also held unconstitutional as a local and special law attempt-
ing to regulate the affairs of counties by Opinion No. O-2973.
We think the provisions of Article 1645e-1, V.A.T.C.S., applica-
ble to the population brackets set out in your letter are also
clearly unconstitutional as a local and special law attempting
to regulate the affairs of a county, under the authorities cited
in Opinion No. O-2973. We enclose herewith a copy of said
opinion.

        The following provisions of Article 1645, Vernon's
Annotated Texas Civil Statutes, will control the question

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Forrester Hancock, Page 2

herein:

"In any county having a population of thirty-five thousand (35,000) inhabitants, or over, according to the preceding Federal Census, or having a tax valuation of Fifteen Million Dollars ($15,000,000), or over, according to the last approved tax rolls, there shall be biennially appointed an Auditor of Accounts and Finances, the title of said officer to be County Auditor, who shall hold his office for two (2) years, and who shall receive as compensation for his services One Hundred and Twenty-five Dollars ($125) for each million dollars, or major portion thereof on the assessed valuation, the annual salary to be computed from the last approved tax rolls; said annual salary from county funds shall not exceed Three Thousand, Six Hundred Dollars ($3,600)...."

Under the facts stated the county auditor's salary should be set on the basis outlined by Article 1645, supra, ($125.00 on each million dollars valuation or major portion thereof, which in this instance would be 27 x $125.00 inasmuch as one-half million is not a major portion of one million) and the proper amount for said salary is the sum of $3,375.00.

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Wm. J. Fanning*

Wm. J. Fanning
Assistant

APPROVED JAN 15, 1941

*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS

WJF:AW

ENCLOSURE